August 12, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

E.I. DU PONT DE NEMOURS AND COMPANY, Appellant

NO. 14-12-00740-CV                           V.

ROBERT EARL ROYE AND DIANE ROYE, Appellees

_____

      This cause, an appeal from the judgment in favor of appellees, Robert Earl Roye and Diane Roye, signed, May 18, 2012, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellees take nothing on their causes of action against appellant, E.I. DuPont De Nemours and Company.

      We further order that all costs incurred by reason of this appeal be paid by appellees, Robert Earl Roye and Diane Roye.

      We further order this decision certified below for observance.